UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA            :
                                    :   **UNSEALING ORDER**
            - v. -                  :
                                    :   21 Cr. 712 (PAC)
MICHAEL CLAYTON,                    :
                                    :
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - - - X

      WHEREAS on September 10, 2021, Complaint 21 Mag. 8812 was filed under seal;

      WHEREAS on November 18, 2021, Information 21 Cr. 712 was filed under seal;

      WHEREAS on March 23, 2022, the Government requested, with the defendant's consent, the unsealing of Complaint 21 Mag. 8812 and Information 21 Cr. 712;

      IT IS HEREBY ORDERED that that Complaint 21 Mag. 8812 and Information 21 Cr. 712 be and hereby are unsealed.

Dated: New York, New York
       March 24, 2022

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE